CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385;
phylg@potterhandy.com

JS-6

Attorneys for Plaintiff

MICHAEL DI LANDO (SBN 119665)
mdilando@rdwlaw.com
BRAD STUCKEY (SBN 214971)
bstuckey@rdwlaw.com
ROBINSON DI LANDO
A Professional Law Corporation
801 S. Grand Ave, Suite 500
Los Angeles, California 90017
Telephone: (213) 229-0100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,

    Plaintiff,

v.

Jose Nicolas Hipolito-Villarreal;
Martha M. DeHipolito-Villarreal;
New York Cafe, Inc., a California Corporation; and Does 1-10,

    Defendants

Case No. 2:19-cv-09097-AFM

[PROPOSED] ORDER OF DISMISSAL

1  The Court, having considered the Stipulation of Plaintiff and Defendants,
2  hereby dismisses Case. No. 2:19-cv-09097-AFM with prejudice in accordance with
3  the terms of that stipulation.
4
5  **IT IS SO ORDERED.**
6
7  Dated: _6/17/2020_____              _____
                                               Honorable Alexander F. MacKinnon
8                                              U.S. MAGISTRATE JUDGE